UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LAZAREO JONES,<br><br>        Defendant. | Case No. 2:16-cr-00274-KJD-GWF<br><br>**ORDER** |

      This matter is before the Court on the *in camera* submission of the Probation Department's "Chronos" regarding Defendant during the motion hearing on January 30, 2017.

      Upon review of pages 1 through 4 of 36, the Court finds that they should be filed under seal as "Exhibit 1". In addition, the Court finds that they do not contain any information that is relevant to the issue of standing on Defendant's Motion to Suppress (ECF No. 19). Nor do these pages appear to contain any information that is relevant to the merits of Defendant's Motion to Suppress.

      The Court has also reviewed pages 5 through 14 of 36 of the Probation Department's "Chronos" regarding Defendant. The full unredacted version of these pages shall be filed under seal as "Exhibit 2." Attached as "Exhibit 3" and filed under seal is the version of pages 5 through 14 that contains the proposed redactions. The Government's proposed redactions are those that are underlined in blue. The highlighted portions are that which the Court initially recognized as relevant to the issue of standing. Finally, attached as "Exhibit 4" and filed under seal are the fully redacted version pages 8 through 14 that the Court determined were relevant to the issue of standing, provided to the parties and used during the hearing.

      DATED this 6th day of February, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge